■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERENCE J. MURPHY, Appellant, v ARTHUR A. LEONARDO, as Superintendent of Great Meadow Correctional Facility, Respondent.—

Petitioner primarily contends that his conviction for various crimes was illegal on double jeopardy grounds. We agree, however, with Supreme Court's determination that, insofar as a direct appeal of petitioner's conviction is pending and because petitioner failed to advance circumstances showing the practicality or necessity for a departure from traditional orderly procedures, habeas corpus relief was inappropriate *(see, People ex rel. Webb v Leonardo,* 136 AD2d 840; *People ex rel. Sanchez v Hoke,* 132 AD2d 861). This result applies with equal force to the remaining allegations set forth in the petition *(see, People ex rel. Grady v LeFevre,* 152 AD2d 850, *lv denied* 75 NY2d 702).

Mercure, Mahoney, Casey and Harvey, JJ., concur. Ordered that the judgment is affirmed, without costs.